UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MICHAEL BALBO,

        Plaintiff,

   v.

STU SHERMAN; *et al.*,

        Defendants.
                                           /

No. C-14-0697 EMC (pr)

**ORDER OF TRANSFER**

      Plaintiff, an inmate at the R. J. Donovan Correctional Facility in San Diego, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison, which is located in San Diego County. San Diego County is located within the venue of the Southern District of California. Defendants also apparently reside in the Southern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Southern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Southern District of California. The Clerk shall transfer this matter.

      IT IS SO ORDERED.

Dated: April 4, 2014

_____
EDWARD M. CHEN
United States District Judge